Allison M. Dibley (SBN 213104)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, California 94105
Telephone: (415) 394-9400
Facsimile: (415) 394-9401

Attorneys for Defendants
NORTH HIGHLANDS RECREATION & PARK
DISTRICT, KAY F. DAHILL, JOANNA McVAY,
DIANE RICHARDS, ROBERT LITTLE and ALAN
MATRE

Randall L. Wiens (SBN 105326)
LAW OFFICES OF RANDALL L. WIENS
1007 – 7th Street, Suite 500
Sacramento, California 95814
Telephone: (916) 446-1900
Facsimile: (916) 446-1919

Attorneys for Plaintiffs
ADAM G. KELLY, by and through his Guardian
Ad Litem PAULETTE M. GRANDINETTI; and
RAPHELIA B. GRANDINETTI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| ADAM G. KELLY, by and through his Guardian Ad Litem Paulette M. Grandinetti; RAPHELIA B. GRANDINETTI,<br><br>Plaintiffs,<br><br>v.<br><br>NORTH HIGHLANDS RECREATION & PARK DISTRICT; CHRISTINE BAGLEY; MARY WALL; HEATHER HORNBACK; CHUCK BERNARDI; KAY F. DAHILL; TRAVIS BILL; JOANNA McVAY; DIANE RICHARDS; ROBERT LITTLE; ALAN MATRE; and DOES 1-20,<br><br>Defendants. | Case No. 2:05-CV-02047-FCD-KJM<br><br>**STIPULATION AND ORDER FOR CONTINUANCE OF DEADLINES SET FORTH IN COURT'S APRIL 6, 2006 MINUTE ORDER**<br><br>First Amended Complaint filed: 02/02/06 |

Defendants NORTH HIGHLANDS RECREATION & PARK DISTRICT, KAY F. DAHILL, JOANNA McVAY, DIANE RICHARDS, ROBERT LITTLE and ALAN MATRE (collectively "Defendants") and Plaintiffs ADAM G. KELLY, by and through his Guardian Ad Litem PAULETTE M. GRANDINETTI and RAPHELIA B. GRANDINETTI (collectively

---

1
STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF            Case No. 2:05-CV-02047-FCD-KJM
DEADLINES SET FORTH IN APRIL 6, 2006 MINUTE ORDER

"Plaintiffs") (all together "the Parties") hereby stipulate as follows:

1. Plaintiffs filed a lawsuit under the Americans with Disabilities Act (42 U.S.C. § 12101 et seq.), comparable provisions of California state law, and the Civil Rights Act of 1964 (42 U.S.C. § 1981 et seq.) against Defendants, claiming violations of Plaintiffs' rights to be free of discrimination on the basis of disability, race, ethnicity, or national origin.

2. On February 16, 2006, Defendants filed their Motion to Dismiss Plaintiffs' First Amended Complaint and/or, alternatively, Request for Sanctions. Plaintiffs filed their opposition to Defendants' Motion to Dismiss on April 4, 2006.

3. On April 6, 2006, the Court issued its Minute Order ("Minute Order"), requiring Defendants to file supplemental briefing by April 14, 2006, requiring Plaintiffs' to file supplemental briefing by April 21, 2006, and permitting Defendants to file a reply by April 28, 2006. The Court continued the hearing on this matter to May 5, 2006 at 10:00 a.m.

4. As of April 12, 2006, Gary Basham and Alden Parker, attorneys of record for Defendants in this matter, unexpectedly left Jackson Lewis LLP and no longer represent Defendants. Defendants' litigation file was transferred to the San Francisco office of Jackson Lewis LLP; Allison M. Dibley, Esq. has been assigned to take over the representation of Defendants.

5. On April 13, 2006, Ms. Dibley contacted Randall L. Wiens, Esq., counsel for Plaintiffs and explained to him Defendants' change in counsel. The parties discussed continuing the deadlines set forth in the Minute Order. Mr. Wiens represented that he is not available for hearing on May 12 or 19, 2006. Mr. Wiens otherwise did not object to continue the briefing schedule.

6. On April 13, 2006, Ms. Dibley sent an e-mail message to the Court's Courtroom Deputy Clerk to inform the Court of Defendants' change in counsel and to request a continuance of the dates set forth in the Minute Order. As a result of Defendants' change in counsel, Defendants propose, and Plaintiffs' do not object, to a continuance of the dates set forth in the Court's April 6, 2006 Minute Order as follows:

///

|   |   |
|---|---|
| May 12: | Deadline for Defendants to file supplemental briefing |
| May 19: | Deadline for Plaintiffs to file supplemental briefing |
| May 26: | Deadline for Defendants to file a reply |
| June 2: | Hearing on Defendants' Motion to Dismiss |

7. On April 17, 2006, the Court's Courtroom Deputy Clerk sent an e-mail message, stating that the Parties' proposed schedule is fine and that they must submit a stipulation and proposed order.

8. As a result of Defendants' change in counsel, the parties further agree to continue the deadline for producing their Initial Disclosures to May 19, 2006.

Dated: April 18, 2006                              JACKSON LEWIS LLP

                                                   By:_____
                                                   Allison M. Dibley
                                                   Attorneys for Defendants
                                                   NORTH HIGHLANDS RECREATION &
                                                   PARK DISTRICT, KAY F. DAHILL,
                                                   JOANNA McVAY, DIANE RICHARDS,
                                                   ROBERT LITTLE and ALAN MATRE

Dated:  April 17, 2006                             LAW OFFICES OF RANDALL L. WIENS


                                                   By_____
                                                   Randall L. Wiens
                                                   Attorneys for Plaintiffs
                                                   ADAM G. KELLY, by and through his
                                                   Guardian Ad Litem PAULETTE M.
                                                   GRANDINETTI and RAPHELIA B.
                                                   GRANDINETTI

## **ORDER**

**IT IS HEREBY ORDERED**, good cause appearing, that all deadlines set forth in the Court's April 6, 2006 Minute Order shall be continued by four weeks. Defendants shall file supplemental briefing (on the issue(s) stated in the Minute Order), not to exceed 8 pages, by May 12, 2006. Plaintiffs shall file supplemental briefing (on the issue(s) stated in the Minute Order), not to exceed 8 pages, by May 19, 2006. Defendants may file a reply by May 26, 2006. The hearing on this matter is continued to June 2, 2006 at 10:00 a.m.

///

1 **IT IS FURTHER ORDERED,** good cause appearing, that the deadline for the Parties to produce their Initial Disclosures is continued to May 19, 2006.

Dated:  April  19, 2006           By /s/ Frank C. Damrell Jr.
                                  The Honorable Frank C. Damrell, Jr.
                                  U.S. District Court Judge
                                  U.S. District Court, Eastern District

H:\N\NORTH HIGHLAND RECREATION-Kelly (CAPRI) [81885]\Kelly, Adam (81885)\Pleadings\Stip to Extend Deadlines.doc