UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ADAM G. KELLY, et al.,

        Plaintiff(s),

  v.

NORTH HIGHLAND RECREATION &PARK DISTRICT, et al.,

        Defendant(s).

_____/

NO. CIV. S-05-2047 FCD/KJM

**ORDER RE: SETTLEMENT AND DISPOSITION**

Pursuant to the representations of parties, in the above action, the court has determined that this case has settled.

In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before April 18, 2007. All dates/hearings set in this matter, including any pending motions, are hereby VACATED.

**<u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL AS WELL AS ANY PARTY OR PARTIES WHO CAUSE NON-COMPLIANCE WITH THIS ORDER.</u>**

    **IT IS SO ORDERED**.

Dated: March 7, 2007

                          FRANK C. DAMRELL, JR.
                          UNITED STATES DISTRICT JUDGE